United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIENNE HANKINS,<br>Plaintiff,<br>v.<br>DENTONS US LLP, et al.,<br>Defendants. | Case No. 26-cv-01163-TSH<br><br>**ORDER RE: PLAINTIFF'S ADMINISTRATIVE MOTION TO STAY**<br><br>Re: Dkt. No. 50 |

On July 22, 2026, Plaintiff filed an Administrative Motion to Stay Impending Deadline. ECF No. 50. Plaintiff requests that pursuant to Civil Local Rule 7-11 and the Court's inherent authority, the Court "stay the impending Second Amended Complaint filing deadline" pending Plaintiff's petition for writ of mandamus in the Ninth Circuit. *Id.* The Local Rules require that an administrative motion be accompanied "by either a stipulation under Civil L.R. 7-12 or by a declaration that explains why a stipulation could not be obtained." Civ. L.R. 7-11(a). Plaintiff states that "a formal, multi-day meet-and-confer cycle with current opposing counsel is procedurally impracticable in this instance, as fewer than (2) business days remain before the July 24, 2026 amended pleading deadline." ECF No. 50. It is unclear why it would require multiple days of meet-and-confer for Plaintiff to reach out to opposing counsel and request a stipulation for a stay. And while Plaintiff includes a declaration with her Motion, she does not explain what efforts she made to contact opposing counsel or why she was unable to discuss a stay with opposing counsel. *See generally* ECF No. 50-1. Accordingly, the Court **DENIES WITHOUT**

**PREJUDICE** Plaintiff's Administrative Motion.

**IT IS SO ORDERED.**

Dated: July 23, 2026

THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California