Adrienne Hankins
807 Dodd Court
Bay Point, CA 94565
Phone Number: 650.291.7369
Fax Number: 925.709.3096
Email: adrn.hankins@protonmail.com

ADRIENNE HANKINS, IN PRO SE

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

ADRIENNE HANKINS,

Plaintiff

v.

DENTONS US LLP, ASHLEY COKER, KATHARINE E. MELLON, BRENDA NAVARRETE (DOE 1), ARIANNA KEKATOS (DOE 2), LAURA BETHKE (DOE 3), AND ANTONIA ALVARES (DOE 4), and DOES 5 through 20, inclusive,

Defendant(s).

Case No.: 3:26-CV-01163-TSH

**ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO STAY IMPENDING PLEADING DEADLINE MANDAMUS PENDING REVIEW**

**Relief Requested Regarding July 24, 2026 Deadline (ECF No. 46)**

Judge: Hon. Thomas S. Hixson

**ORDER**

The Court, having reviewed Plaintiff's Administrative Motion to Stay the pleading amendment deadline, the supporting papers and good cause appearing, **GRANTS**, the motion.

The July 24, 2026 deadline for Plaintiff to file her Second Amended Complaint is **STAYED**, to be reset (21) days following the final disposition from the U.S. Court of Appeals for the Ninth Circuit on Petition for Writ of Mandamus in Case No. 26-4692, *Hankins v. United States District Court*.

**IT IS SO ORDERED.**

Dated: July 24, 2026

**HON. THOMAS S. HIXSON**
United States Magistrate Judge