ADRIENNE HANKINS
807 Dodd Court
Bay Point, CA 94565
Phone Number: 650 291 7369
Fax Number: 925 709 3096
Email: adrn.hankins@protonmail.com

ADRIENNE HANKINS, IN PRO SE

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

ADRIENNE HANKINS, an individual

Plaintiff,

vs.

DENTONS US LLP, ASHLEY COKER, KATHARINE E. MELLON, BRENDA NAVARRETE, ARIANNA KEKATOS, LAURA BETHKE, ANTONIA ALVAREZ, and DOES 1 through 20, inclusive,

Defendants.

Case No.: 3:26-cv-01163-TSH

**PLAINTIFF'S REQUEST TO APPEAR VIRTUALLY VIA ZOOM**

Date: December 3, 2026
Time: 10:00 a.m.
Dept: Courtroom E, 15th Floor
Judge: Hon. Thomas S. Hixson

Date Action Filed: December 18, 2025
Trial Date: None set.

Plaintiff Adrienne Hankins, appearing *pro se*, respectfully requests permission from the Court to appear remotely via Zoom video conference—rather than in person—at the hearing on Defendants' Motion to Dismiss and Motion to Strike currently scheduled for December 3, 2026, at 10:00 a.m.

**Reason for Request:**

On the afternoon of December 3, 2026—the same date set for the 10:00 a.m. Motion to Dismiss and Motion to Strike hearing—I have a medically necessary appointment to address my chronic medical condition. Due to the acute nature of my symptoms and provider scheduling constraints, this appointment cannot be rescheduled without risking a setback to my health. Given the travel distance between my residence and the courthouse alongside my afternoon medical appointment, travelling to appear in person would impose an undue medical and physical hardship. Granting leave to appear remotely via Zoom will prevent that hardship while ensuring I am fully present, prepared, and able to address the Court. I will comply with all Court and Zoom remote-appearance protocols.

**Relief Requested:**

Plaintiff respectfully requests that the Court enter an Order granting Plaintiff permission to appear remotely via Zoom at the hearing scheduled for December 3, 2026, at 10:00 a.m., and granting such other and further relief as the Court deems just and proper.

**Declaration / Certification:**

I declare under penalty of perjury under the laws of the United States of America that the foregoing factual statements are true and correct, and that I have read and understand the Court's rules and guidelines regarding remote appearances.

Executed on November 21, 2026, at Bay Point, California.

Respectfully submitted,

Adrienne Hankins

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DENIED

Judge Thomas S. Hixson

11/23/2026